869 A.2d 750

**STATE of Maryland**

v.

**Robert Paul BURRIS.**

**No. 38, Sept. Term, 2004.**

Court of Appeals of Maryland.

March 9, 2005.

Celia Anderson Davis, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., on brief), for petitioner.

Allen E. Burns, Asst. Public Defender (Nancy S. Forster, Public Defender, on brief), for respondent.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 9th day of March, 2005,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.